IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, Lorraine A | Case Number: 06 B 13217 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 7/8/08 | Filed: 10/16/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 1, 2008
Confirmed: December 19, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 38,554.35 | |
| Secured: | | 33,301.58 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,738.00 |
| Trustee Fee: | | 2,064.43 |
| Other Funds: | | 450.34 |
| Totals: | 38,554.35 | 38,554.35 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,738.00 | 2,738.00 |
| 2. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 0.00 | 0.00 |
| 4. | HSBC Mortgage Corp | Secured | 6,484.80 | 6,484.80 |
| 5. | Countrywide Home Loans Inc. | Secured | 13,439.20 | 13,439.20 |
| 6. | Monterey Financial Services | Secured | 2,720.90 | 1,016.63 |
| 7. | Americredit Financial Ser Inc | Secured | 20,618.59 | 7,322.26 |
| 8. | Countrywide Home Loans Inc. | Secured | 5,806.76 | 3,633.69 |
| 9. | HSBC Mortgage Corp | Secured | 2,245.25 | 1,405.00 |
| 10. | Capital One | Unsecured | 57.86 | 0.00 |
| 11. | Americredit Financial Ser Inc | Unsecured | 29.30 | 0.00 |
| 12. | World Financial Network Nat'l | Unsecured | 34.23 | 0.00 |
| 13. | HSBC Auto Finance | Unsecured | 1,583.37 | 0.00 |
| 14. | Capital One | Unsecured | 62.74 | 0.00 |
| 15. | Federated Retail Holdings Inc | Unsecured | 124.40 | 0.00 |
| 16. | Great American Finance Company | Unsecured | 179.42 | 0.00 |
| 17. | Great American Finance Company | Unsecured | 147.38 | 0.00 |
| 18. | Capital One | Unsecured | 52.28 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 34.05 | 0.00 |
| 20. | Federated Retail Holdings Inc | Unsecured | 30.46 | 0.00 |
| 21. | FCNB Master Trust | Unsecured | 33.36 | 0.00 |
| 22. | Monterey Financial Services | Unsecured | 27.25 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 110.79 | 0.00 |
| 24. | Merrick Bank | Unsecured | 162.70 | 0.00 |
| 25. | B-Real LLC | Unsecured | 152.24 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Smith, Lorraine A

Printed: 7/8/08

Case Number: 06 B 13217
Judge: Goldgar, A. Benjamin
Filed: 10/16/06

| # | Creditor | Type | Amount | Paid |
|---|---|---|---|---|
| 26. | ECast Settlement Corp | Unsecured | 81.99 | 0.00 |
| 27. | Educational Credit Management Corp | Unsecured | 1,048.89 | 0.00 |
| 28. | ECast Settlement Corp | Unsecured | 73.77 | 0.00 |
| 29. | RoundUp Funding LLC | Unsecured | 51.61 | 0.00 |
| 30. | ECast Settlement Corp | Unsecured | 102.62 | 0.00 |
| 31. | ECast Settlement Corp | Unsecured | 55.37 | 0.00 |
| 32. | Resurgent Capital Services | Unsecured | 40.97 | 0.00 |
| 33. | ECast Settlement Corp | Unsecured | 806.26 | 0.00 |
| 34. | ECast Settlement Corp | Unsecured | 72.43 | 0.00 |
| 35. | Capital One Auto Finance | Unsecured | | No Claim Filed |
| 36. | Allied Interstate Inc | Unsecured | | No Claim Filed |
| 37. | Gecccc Pay Pal | Unsecured | | No Claim Filed |
| 38. | Bob Watson Chevrolet | Unsecured | | No Claim Filed |
| 39. | HSBC | Unsecured | | No Claim Filed |
| 40. | Medical Collections | Unsecured | | No Claim Filed |
| 41. | TCF Bank | Unsecured | | No Claim Filed |
| 42. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 43. | TCF Bank | Unsecured | | No Claim Filed |

$ 59,209.24          $ 36,039.58

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 407.50 |
| 5.4% | 1,315.55 |
| 6.5% | 341.38 |

$ 2,064.43

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

