IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith Sr, Randall J | Case Number: 06 B 13217 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/22/08 | Filed: 10/16/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 9, 2008
Confirmed: December 19, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 38,554.35 | |
| Secured: | | 33,722.65 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,738.00 |
| Trustee Fee: | | 2,093.70 |
| Other Funds: | | 0.00 |
| Totals: | 38,554.35 | 38,554.35 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,738.00 | 2,738.00 |
| 2. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 14,783.12 | 13,723.22 |
| 5. | HSBC Mortgage Corp | Secured | 7,133.28 | 6,621.85 |
| 6. | Americredit Financial Ser Inc | Secured | 20,807.82 | 7,322.26 |
| 7. | Monterey Financial Services | Secured | 2,745.16 | 1,016.63 |
| 8. | Countrywide Home Loans Inc. | Secured | 5,806.76 | 3,633.69 |
| 9. | HSBC Mortgage Corp | Secured | 2,245.25 | 1,405.00 |
| 10. | Capital One | Unsecured | 62.74 | 0.00 |
| 11. | Great American Finance Company | Unsecured | 147.38 | 0.00 |
| 12. | Great American Finance Company | Unsecured | 179.42 | 0.00 |
| 13. | Educational Credit Management Corp | Unsecured | 1,048.89 | 0.00 |
| 14. | Monterey Financial Services | Unsecured | 27.25 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 34.05 | 0.00 |
| 16. | Capital One | Unsecured | 52.28 | 0.00 |
| 17. | Capital One | Unsecured | 57.86 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 51.61 | 0.00 |
| 19. | Federated Retail Holdings Inc | Unsecured | 30.46 | 0.00 |
| 20. | Federated Retail Holdings Inc | Unsecured | 124.40 | 0.00 |
| 21. | HSBC Auto Finance | Unsecured | 1,583.37 | 0.00 |
| 22. | World Financial Network Nat'l | Unsecured | 34.23 | 0.00 |
| 23. | Americredit Financial Ser Inc | Unsecured | 29.30 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 73.77 | 0.00 |
| 25. | Merrick Bank | Unsecured | 162.70 | 0.00 |
| 26. | ECast Settlement Corp | Unsecured | 102.62 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith Sr, Randall J

Printed: 10/22/08

Case Number: 06 B 13217
Judge: Goldgar, A. Benjamin
Filed: 10/16/06

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | B-Real LLC | Unsecured | 152.24 | 0.00 |
| 28. | ECast Settlement Corp | Unsecured | 806.26 | 0.00 |
| 29. | ECast Settlement Corp | Unsecured | 72.43 | 0.00 |
| 30. | FCNB Master Trust | Unsecured | 33.36 | 0.00 |
| 31. | Resurgent Capital Services | Unsecured | 40.97 | 0.00 |
| 32. | ECast Settlement Corp | Unsecured | 81.99 | 0.00 |
| 33. | ECast Settlement Corp | Unsecured | 55.37 | 0.00 |
| 34. | ECast Settlement Corp | Unsecured | 110.79 | 0.00 |
| 35. | Bob Watson Chevrolet | Unsecured | | No Claim Filed |
| 36. | Allied Interstate | Unsecured | | No Claim Filed |
| 37. | Capital One Auto Finance | Unsecured | | No Claim Filed |
| 38. | Gecccc Pay Pal | Unsecured | | No Claim Filed |
| 39. | HSBC | Unsecured | | No Claim Filed |
| 40. | TCF Bank | Unsecured | | No Claim Filed |
| 41. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 42. | Medical Collections | Unsecured | | No Claim Filed |
| 43. | TCF Bank | Unsecured | | No Claim Filed |
| | | | $ 61,415.13 | $ 36,460.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 407.50 |
| 5.4% | 1,315.55 |
| 6.5% | 370.65 |
| | $ 2,093.70 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

